
AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Anderson, Jr., George R. | **2. Court or Organization**<br><br>U. S. District Court, SC | **3. Date of Report**<br><br>9/19/2011 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U. S. District Judge (Senior Status) | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>Post Office Box 2147<br>Anderson, SC 29622 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Chairman Emeritus: Board of Regents (formerly Foundation Council) | Anderson University |
| 2.   Emeritus Member: Board of Visitors & Directors | Anderson University |
| 3.   Honorary Member: Board of Directors | Anderson Area YMCA |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Anderson, Jr., George R.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Association for Justice | December 2-4, 2010 | Atlanta, GA | Speaker | 2 Nights Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 9/19/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 9/19/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PROPERTY #1, ANDERSON, SC | | None | J | W | | | | | |
| 2. COMMUNITY FIRST BANCORPORATION COMMON STOCK | | None | K | T | | | | | |
| 3. THE SOUTH FINANCIAL GROUP, INC. COMMON STOCK | | | | | Merged (with line 4) | 10/06/10 | | | |
| 4. THE TORONTO- DOMINION BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 5. COMMUNITY CAPITAL CORP. COMMON STOCK (BELTON BANK) | | None | J | T | | | | | |
| 6. PROPERTY #2, ANDERSON, SC | | None | L | W | | | | | |
| 7. LEXINGTON CO. SC HOSPITAL BOND (5.125%) | C | Interest | K | T | | | | | |
| 8. BANK OF ANDERSON ACCOUNTS | A | Interest | M | T | | | | | |
| 9. GRANDSOUTH BANCORPORATION COMMON STOCK | | None | J | T | | | | | |
| 10. PEOPLES BANCORPORATION, INC. COMMON STOCK | | None | J | T | | | | | |
| 11. REGIONS FINANCIAL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. FLORENCE CO. HOSPITAL BOND (4.75%) | B | Interest | K | T | | | | | |
| 13. HORRY CO. HOSPITAL BOND (5.00%) | B | Interest | K | T | | | | | |
| 14. ORANGEBURG CO. SC BOND (5.70%) | D | Interest | M | T | | | | | |
| 15. MSSB IRA #1 | B | Dividend | K | T | | | | | |
| 16. - MSSB FOCUS GROWTH FUND A MUTUAL FUND | | | | | | | | | |
| 17. - INVESCO DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | Note 1 in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 9/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  MSSB IRA #2 | A | Dividend | J | T | | | | | |
| 19.  - MSSB FOCUS GROWTH FUND A MUTUAL FUND | | | | | | | | | |
| 20.  - INVESCO DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | Note 1 in Part VIII |
| 21.  MANDATORY IRA DISTRIBUTION: MSSB IRA #1 | B | Distribution | | | Distributed | 12/20/10 | | | Note 2 in Part VIII |
| 22.  INVESCO S&P 500 B FUND [MUTUAL FUND] (Y) | | | | | | | | | Notes 1 & 3 in Part VIII |
| 23.  INVESCO S&P 500 A FUND [MUTUAL FUND] (Y) | | | | | | | | | Notes 1 & 3 in Part VIII |
| 24.  MANDATORY IRA DISTRIBUTION: MSSB* IRA #2 | A | Distribution | | | Distributed | 12/20/10 | | | Note 4 in Part VIII |
| 25.  UNIVERSITY OF SC BOND (5.75%) | B | Interest | | | Redeemed | 06/01/10 | K | | |
| 26.  LEXINGTON CO. SC WATER & SEWER BOND (5.45%) | D | Interest | M | T | | | | | |
| 27.  GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | D | Interest | M | T | | | | | |
| 28.  GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | C | Interest | L | T | | | | | |
| 29.  MSSB AMERICAN GROWTH FUND OF AMERICA B [MUTUAL FUND] | | | | | Merged (with line 30) | 01/12/10 | | | |
| 30.  MSSB AMERICAN GROWTH FUND OF AMERICA A [MUTUAL FUND] (Y) | | | | | | | | | Note 3 in Part VIII |
| 31.  BEAUFORT-JASPER SC WATER & SEWER BOND (5.00%) | C | Interest | L | T | | | | | |
| 32.  SC STATE HOUSING DEVELOPMENT BOND (5.125%) | A | Interest | | | Redeemed | 07/06/10 | J | | |
| 33.  SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | B | Interest | K | T | | | | | |
| 34.  SPARTANBURG CO. SC HOSPITAL BOND (5.25%) | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. SC STATE PUB SVC AUTH SANTEE COOPER BOND (5.125%) | E | Interest | N | T | | | | | |
| 36. SC TRANSPORTATION INFRASTRUCTURE BOND (5.10%) | D | Interest | M | T | | | | | |
| 37. LEXINGTON CO. SC WATER & SEWER BOND (5.00%) | D | Interest | M | T | | | | | |
| 38. SC PUB SVC AUTH SANTEE COOPER BOND (5.125%) | D | Interest | M | T | | | | | |
| 39. INVESCO VAN KAMPEN COMSTOCK B MUTUAL FUND | B | Divided | L | T | | | | | Note 5 in Part VIII |
| 40. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 41. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 42. SC TRANSPORTATION INFRA. BOND (5%) | C | Interest | L | T | | | | | |
| 43. SC TRANSPORTATION INFRA. BOND (5.10%) | C | Interest | L | T | | | | | |
| 44. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 45. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 46. GREENVILLE HOSPITAL SYSTEMS FACILITY REV. BOND (4.6%) | A | Interest | J | T | | | | | |
| 47. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | K | T | | | | | |
| 48. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 49. SC STATE PUB SVC AUTH SANTEE COOPER BOND (4.75%) | B | Interest | K | T | | | | | |
| 50. SC STATE PUB SVC AUTH SANTEE COOPER BOND (4.75%) | C | Interest | L | T | | | | | |
| 51. BEAUFORT CO. SC TAX REVENUE BLUFFTON BOND (5.00%) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SC STATE PUB SVC AUTH SANTEE COOPER BOND (5.125) | B | Interest | K | T | | | | | |
| 53. MSSB JP MORGAN MID CAP VALUE B MUTUAL FUND (Y) | | | | | | | | | Note 3 in Part VIII |
| 54. COLLEGE OF CHARLESTON BOND (5%) | C | Interest | L | T | | | | | |
| 55. BERKELEY CO. SC WATER & SEWER BOND (5%) | B | Interest | K | T | | | | | |
| 56. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | C | Interest | L | T | | | | | |
| 57. MSSB JP MORGAN MID CAP VALUE C MUTUAL FUND (Y) | | | | | | | | | Note 3 in Part VIII |
| 58. INVESCO VAN KAMPEN COMSTOCK C MUTUAL FUND (Y) | | | | | | | | | Notes 3 & 5 in Part VIII |
| 59. INDEPENDENCE BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 60. MEDICAL UNIVERSITY SC HOSPITAL BOND (5.00%) | C | Interest | L | T | Redeemed (part) | 02/15/10 | J | | |
| 61. EASLEY SC UTILITY REV. BOND (4.50%) | C | Interest | L | T | | | | | |
| 62. UNIVERSITY OF SC BOND (4.25%) | C | Interest | L | T | | | | | |
| 63. UNIVERSITY OF SC BOND (4.25%) | D | Interest | M | T | | | | | |
| 64. ANDERSON CO. MUN. WATER & SEWER BOND (5.00%) | A | Interest | J | T | | | | | |
| 65. COLUMBIA, SC WATER & SEWER BOND (5.00%) | B | Interest | K | T | | | | | |
| 66. SC JOBS ECON. DEV. AUTH. BOND (4.50%) | D | Interest | M | T | | | | | |
| 67. DORCHESTER CO COURTHOUSE BOND (4.60%) | D | Interest | M | T | | | | | |
| 68. SC PUB SVC AUTH SANTEE COOPER BOND (4.50%) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 9/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D. Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. SC PUB SVC AUTH SANTEE COOPER BOND (4.75%) | C | Interest | L | T | | | | | |
| 70. MSSB AMERICAN GROWTH FUND OF AMERICA C [MUTUAL FUND] (Y) | | | | | | | | | Note 3 in Part VIII |
| 71. SCAGO EDU. COLLETON SCHOOL BOND (4.375%) | C | Interest | L | T | | | | | |
| 72. SCAGO EDU. COLLETON SCHOOL BOND (4.50%) | C | Interest | L | T | | | | | |
| 73. HORRY CO. SC SCHOOL BOND (4.50%) | C | Interest | L | T | | | | | |
| 74. TOUCHMARK BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 75. LEXINGTON SC SCHOOL DISTRICT #2 BOND (4.75%) | D | Interest | M | T | | | | | |
| 76. SPARTANBURG SC REGIONAL HEALTH BOND (4.50%) | C | Interest | L | T | | | | | |
| 77. SC JOBS ECONOMIC DEV. AUTH. HOSP. BOND (4.50%) | C | Interest | L | T | | | | | |
| 78. SC JOBS ECONOMIC DEV. AUTH. HOSP. BOND (4.50%) | D | Interest | M | T | | | | | |
| 79. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | C | Interest | L | T | | | | | |
| 80. BEAUFORT CO. SCHOOL BOND (5.00%) (Y) | | | | | | | | | Note 3 in Part VIII |
| 81. DORCHESTER CO. COURTHOUSE BOND (4.60%) (Y) | | | | | | | | | Note 3 in Part VIII |
| 82. RICHLAND-LEXINGTON AIRPORT BOND (5.00%) (Y) | | | | | | | | | Note 3 in Part VIII |
| 83. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) (Y) | | | | | | | | | Note 3 in Part VIII |
| 84. UNIV. OF SC EDUCATION BOND (4.375%) (Y) | | | | | | | | | Note 3 in Part VIII |
| 85. SC TRANSPORTATION INFRASTRUCTURE BOND (4.50%) (Y) | | | | | | | | | Note 3 in Part VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 9/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 86. | SCAGO EDU. FAC. PICKENS CO. SCHOOL BOND (5.00%) (Y) | | | | | | | | | Note 3 in Part VIII |
| 87. | SCAGO EDU. FAC. PICKENS CO. SCHOOL BOND (5.00%) | D | Interest | M | T | | | | | |
| 88. | SC JOBS ECONOMIC DEV. HOSPITAL BOND (5.00%) | C | Interest | L | T | | | | | |
| 89. | COLLEGE OF CHARLESTON EDU. FAC. BOND (4.50%) | E | Interest | N | T | | | | | |
| 90. | MORGAN STANLEY BANK MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 91. | BERKELEY CO. SC SCHOOL DISTRICT BOND (4.75%) | C | Interest | M | T | Buy | 06/10/10 | M | | |
| 92. | SCAGO EDUCATION FACILITY SCHOOL BOND (5.00%) | B | Interest | K | T | Buy | 01/07/10 | L | | |
| 93. | SCAGO EDUCATION FACILITY SCHOOL BOND (5.00%) (Y) | | | | | Buy | 01/07/10 | K | | Note 3 & 6 in Part VIII |
| 94. | SCAGO EDUCATION FACILITY SCHOOL BOND (4.375%) | A | Interest | K | T | Buy | 07/27/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 9/19/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Name change from MSSB (Morgan Stanley Smith Barney) to Invesco.

Note 2. Mandatory IRA withdrawal. IRA details listed in Part VII, lines 15-17.

Note 3. The assets listed on lines 22, 23, 30, 53, 57, 58, 70, 80, 81, 82, 83, 84, 85, 86, and 93 of the original 2010 report were disposed of through a non-reportable transaction and this report has been amended according to the instructions of the Committee on Financial Disclosure.

Note 4. Mandatory IRA withdrawal. IRA details listed in Part VII, lines 18-20.

Note 5. Name change from Van Kampen Comstock C to Invesco Van Kampen Comstock C.

Note 6. This asset was bought 1/7/2010 but was disposed of 11/8/2010 through a non-reportable transaction. This report has been amended according to the instructions of the Committee on Financial Disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George R. Anderson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Anderson, Jr., George R. | 2. Court or Organization<br><br>U. S. District Court, SC | 3. Date of Report<br><br>05/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Post Office Box 2147<br>Anderson, SC 29622 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Chairman Emeritus: Board of Regents (formerly Foundation Council) | Anderson University |
| 2.  Emeritus Member: Board of Visitors & Directors | Anderson University |
| 3.  Honorary Member: Board of Directors | Anderson Area YMCA |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Anderson, Jr., George R.  A**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Association for Justice | December 2-4, 2010 | Atlanta, GA | Speaker | 2 Nights Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PROPERTY #1, ANDERSON, SC | | None | J | W | | | | | |
| 2. COMMUNITY FIRST BANCORPORATION COMMON STOCK | | None | K | T | | | | | |
| 3. THE SOUTH FINANCIAL GROUP, INC. COMMON STOCK | | | | | Merged (with line 4) | 10/06/10 | | | |
| 4. THE TORONTO- DOMINION BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 5. COMMUNITY CAPITAL CORP. COMMON STOCK (BELTON BANK) | | None | J | T | | | | | |
| 6. PROPERTY #2, ANDERSON, SC | | None | L | W | | | | | |
| 7. LEXINGTON CO. SC HOSPITAL BOND (5.125%) | C | Interest | K | T | | | | | |
| 8. BANK OF ANDERSON ACCOUNTS | A | Interest | M | T | | | | | |
| 9. GRANDSOUTH BANCORPORATION COMMON STOCK | | None | J | T | | | | | |
| 10. PEOPLES BANCORPORATION, INC. COMMON STOCK | | None | J | T | | | | | |
| 11. REGIONS FINANCIAL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. FLORENCE CO. HOSPITAL BOND (4.75%) | B | Interest | K | T | | | | | |
| 13. HORRY CO. HOSPITAL BOND (5.00%) | B | Interest | K | T | | | | | |
| 14. ORANGEBURG CO. SC BOND (5.70%) | D | Interest | M | T | | | | | |
| 15. MSSB IRA #1 | B | Dividend | K | T | | | | | |
| 16. - MSSB FOCUS GROWTH FUND A MUTUAL FUND | | | | | | | | | |
| 17. - INVESCO DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | Note I in Part VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
  (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  MSSB IRA #2 | A | Dividend | J | T | | | | | |
| 19.  - MSSB FOCUS GROWTH FUND A MUTUAL FUND | | | | | | | | | |
| 20.  - INVESCO DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | Note I in Part VIII |
| 21.  MANDATORY IRA DISTRIBUTION: MSSB IRA #1 | B | Distribution | | | Distributed | 12/20/10 | | | Note 2 in Part VIII |
| 22.  INVESCO S&P 500 B FUND [MUTUAL FUND] | A | Dividend | | | Donated | | | | Notes 1 & 4 in Part VIII |
| 23.  INVESCO S&P 500 A FUND [MUTUAL FUND] | A | Dividend | | | Donated | | | | Notes I & 4 in Part VIII |
| 24.  MANDATORY IRA DISTRIBUTION: MSSB* IRA #2 | A | Distribution | | | Distributed | 12/20/10 | | | Note 3 in Part VIII |
| 25.  UNIVERSITY OF SC BOND (5.75%) | B | Interest | | | Redeemed | 06/01/10 | K | | |
| 26.  LEXINGTON CO. SC WATER & SEWER BOND (5.45%) | D | Interest | M | T | | | | | |
| 27.  GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | D | Interest | M | T | | | | | |
| 28.  GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | C | Interest | L | T | | | | | |
| 29.  MSSB AMERICAN GROWTH FUND OF AMERICA B [MUTUAL FUND] | | | | | Merged (with line 30) | 01/12/10 | | | |
| 30.  MSSB AMERICAN GROWTH FUND OF AMERICA A [MUTUAL FUND] | A | Dividend | | | Donated | | | | Note 4 in Part VIII |
| 31.  BEAUFORT-JASPER SC WATER & SEWER BOND (5.00%) | C | Interest | L | T | | | | | |
| 32.  SC STATE HOUSING DEVELOPMENT BOND (5.125%) | A | Interest | | | Redeemed | 07/06/10 | J | | |
| 33.  SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | B | Interest | K | T | | | | | |
| 34.  SPARTANBURG CO. SC HOSPITAL BOND (5.25%) | D | Interest | M | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes:      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | SC STATE PUB SVC AUTH SANTEE COOPER BOND (5.125%) | E | Interest | N | T | | | | | |
| 36. | SC TRANSPORTATION INFRASTRUCTURE BOND (5.10%) | D | Interest | M | T | | | | | |
| 37. | LEXINGTON CO. SC WATER & SEWER BOND (5.00%) | D | Interest | M | T | | | | | |
| 38. | SC PUB SVC AUTH SANTEE COOPER BOND (5.125%) | D | Interest | M | T | | | | | |
| 39. | INVESCO VAN KAMPEN COMSTOCK B MUTUAL FUND | B | Divided | L | T | | | | | Note 5 in Part VIII |
| 40. | GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 41. | GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 42. | SC TRANSPORTATION INFRA. BOND (5%) | C | Interest | L | T | | | | | |
| 43. | SC TRANSPORTATION INFRA. BOND (5.10%) | C | Interest | L | T | | | | | |
| 44. | SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 45. | GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 46. | GREENVILLE HOSPITAL SYSTEMS FACILITY REV. BOND (4.6%) | A | Interest | J | T | | | | | |
| 47. | SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | K | T | | | | | |
| 48. | SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 49. | SC STATE PUB SVC AUTH SANTEE COOPER BOND (4.75%) | B | Interest | K | T | | | | | |
| 50. | SC STATE PUB SVC AUTH SANTEE COOPER BOND (4.75%) | C | Interest | L | T | | | | | |
| 51. | BEAUFORT CO. SC TAX REVENUE BLUFFTON BOND (5.00%) | B | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SC STATE PUB SVC AUTH SANTEE COOPER BOND (5.125) | B | Interest | K | T | | | | | |
| 53. MSSB JP MORGAN MID CAP VALUE B MUTUAL FUND | A | Dividend | | | Donated | | | | Note 4 in Part VIII |
| 54. COLLEGE OF CHARLESTON BOND (5%) | C | Interest | L | T | | | | | |
| 55. BERKELEY CO. SC WATER & SEWER BOND (5%) | B | Interest | K | T | | | | | |
| 56. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | C | Interest | L | T | | | | | |
| 57. MSSB JP MORGAN MID CAP VALUE C MUTUAL FUND | A | Dividend | | | Donated | | | | Note 4 in Part VIII |
| 58. INVESCO VAN KAMPEN COMSTOCK C MUTUAL FUND | B | Dividend | | | Donated | | | | Notes 5 & 4 in Part VIII |
| 59. INDEPENDENCE BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 60. MEDICAL UNIVERSITY SC HOSPITAL BOND (5.00%) | C | Interest | L | T | Redeemed (part) | 02/15/10 | J | | |
| 61. EASLEY SC UTILITY REV. BOND (4.50%) | C | Interest | L | T | | | | | |
| 62. UNIVERSITY OF SC BOND (4.25%) | C | Interest | L | T | | | | | |
| 63. UNIVERSITY OF SC BOND (4.25%) | D | Interest | M | T | | | | | |
| 64. ANDERSON CO. MUN. WATER & SEWER BOND (5.00%) | A | Interest | J | T | | | | | |
| 65. COLUMBIA, SC WATER & SEWER BOND (5.00%) | B | Interest | K | T | | | | | |
| 66. SC JOBS ECON. DEV. AUTH. BOND (4.50%) | D | Interest | M | T | | | | | |
| 67. DORCHESTER CO COURTHOUSE BOND (4.60%) | D | Interest | M | T | | | | | |
| 68. SC PUB SVC AUTH SANTEE COOPER BOND (4.50%) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. SC PUB SVC AUTH SANTEE COOPER BOND (4.75%) | C | Interest | L | T | | | | | |
| 70. MSSB AMERICAN GROWTH FUND OF AMERICA C [MUTUAL FUND] | A | Dividend | | | Donated | | | | Note 4 in Part VIII |
| 71. SCAGO EDU. COLLETON SCHOOL BOND (4.375%) | C | Interest | L | T | | | | | |
| 72. SCAGO EDU. COLLETON SCHOOL BOND (4.50%) | C | Interest | L | T | | | | | |
| 73. HORRY CO. SC SCHOOL BOND (4.50%) | C | Interest | L | T | | | | | |
| 74. TOUCHMARK BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 75. LEXINGTON SC SCHOOL DISTRICT #2 BOND (4.75%) | D | Interest | M | T | | | | | |
| 76. SPARTANBURG SC REGIONAL HEALTH BOND (4.50%) | C | Interest | L | T | | | | | |
| 77. SC JOBS ECONOMIC DEV. AUTH. HOSP. BOND (4.50%) | C | Interest | L | T | | | | | |
| 78. SC JOBS ECONOMIC DEV. AUTH. HOSP. BOND (4.50%) | D | Interest | M | T | | | | | |
| 79. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | C | Interest | L | T | | | | | |
| 80. BEAUFORT CO. SCHOOL BOND (5.00%) | A | Interest | | | Donated | | | | Note 4 in Part VIII |
| 81. DORCHESTER CO. COURTHOUSE BOND (4.60%) | A | Interest | | | Donated | | | | Note 4 in Part VIII |
| 82. RICHLAND-LEXINGTON AIRPORT BOND (5.00%) | A | Interest | | | Donated | | | | Note 4 in Part VIII |
| 83. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | B | Interest | | | Donated | | | | Note 4 in Part VIII |
| 84. UNIV. OF SC EDUCATION BOND (4.375%) | A | Interest | | | Donated | | | | Note 4 in Part VIII |
| 85. SC TRANSPORTATION INFRASTRUCTURE BOND (4.50%) | B | Interest | | | Donated | | | | Note 4 in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. SCAGO EDU. FAC. PICKENS CO. SCHOOL BOND (5.00%) | B | Interest | | | Donated | | | | Note 4 in Part VIII |
| 87. SCAGO EDU. FAC. PICKENS CO. SCHOOL BOND (5.00%) | D | Interest | M | T | | | | | |
| 88. SC JOBS ECONOMIC DEV. HOSPITAL BOND (5.00%) | C | Interest | L | T | | | | | |
| 89. COLLEGE OF CHARLESTON EDU. FAC. BOND (4.50%) | E | Interest | N | T | | | | | |
| 90. MORGAN STANLEY BANK MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 91. BERKELEY CO. SC SCHOOL DISTRICT BOND (4.75%) | C | Interest | M | T | Buy | 06/10/10 | M | | |
| 92. SCAGO EDUCATION FACILITY SCHOOL BOND (5.00%) | B | Interest | K | T | Buy | 01/07/10 | L | | |
| 93. SCAGO EDUCATION FACILITY SCHOOL BOND (5.00%) | B | Interest | | | Buy | 01/07/10 | K | | |
| 94. | | | | | Donated | | | | Note 4 in Part VIII |
| 95. SCAGO EDUCATION FACILITY SCHOOL BOND (4.375%) | A | Interest | K | T | Buy | 07/27/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Name change from MSSB (Morgan Stanley Smith Barney) to Invesco.

Note 2. Mandatory IRA withdrawal. IRA details listed in Part VII, lines 15-17.

Note 3. Mandatory IRA withdrawal. IRA details listed in Part VII, lines 18-20.

Note 4. Asset donated to an Irrevocable Trust on 11/8/2010. The filer has no legal authority, control, or management of the trust. The type of transaction (Donated) was used per instructions of the Committee on Financial Disclosure.

Note 5. Name change from Van Kampen Comstock C to Invesco Van Kampen Comstock C.

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George R. Anderson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544